# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | |
|---|---|
| **DERRICK VICE** | **CASE NO. 2:25-CV-00221** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **UNION PACIFIC RAILROAD CO** | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

Pending before the undersigned is a Motion for Preliminary Injunction [doc. 19] filed by plaintiff. Plaintiff has also filed a Motion to Remand [doc. 15], asserting that this court lacks subject matter jurisdiction and that his suit should be returned to state court. The Motion to Remand is pending before the magistrate judge. A court may not grant a preliminary injunction before resolving colorable challenges to subject matter jurisdiction. *See, e.g. Vis Vires Grp., Inc. v. Endonovo Therapeutics, Inc.*, 149 F.Supp.3d 376, 384 (E.D.N.Y. 2016) (collecting cases). Accordingly, the Motion for Preliminary Injunction [doc. 19] is hereby **HELD IN ABEYANCE** pending a decision on the Motion to Remand [doc. 15].

**THUS DONE AND SIGNED** in Chambers on the 13th day of March, 2025.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**