**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | | |
|---|---|---|
| **DERRICK VICE** | : | **CASE NO.  2:25-CV-00221** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **UNION PACIFIC RAILROAD CO** | : | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 26] of the Magistrate Judge, recommending that the motion to remand filed by plaintiff, Derrick Vice [doc. 15] be granted.  The Report and Recommendation [doc. 26] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS ORDERED** that Plaintiff's Motion to Remand is **GRANTED**, and that the above-captioned action be, and hereby is, **REMANDED** to the state court from which it was removed.

**IT IS FURTHER ORDERED** that all other pending motions in this case be **DENIED AS MOOT**.

**THUS DONE AND SIGNED** in Chambers on the 6th day of April, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**